UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Priority Insulation,

    Plaintiff,

    v.

Triple Crown Financial Group, Inc., et al.,

    Defendants.

Case No. 1:05cv563

Judge Michael H. Watson

### ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed May 11, 2006 (Doc. 18).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's Motion for Default (Doc. 5) is **DENIED** with respect to James Pullen and **GRANTED** with respect to Triple Crown Financial Group, Inc. The Magistrate shall hear the issue of damages as to Defendant Triple Crown Financial Group, Inc.

**IT IS SO ORDERED.**

bac

June 5, 2006

_____
Michael H. Watson, Judge
United States District Court